LJW: USAO# 2010R00991

```
                    FILED ___ ENTERED
                    LODGED ___ RECEIVED

                    FEB 0 1 2011

                    CLERK U.S. DISTRICT COURT
                    DISTRICT OF MARYLAND
                 BY _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. WDQ-11-052 |
| William G. HILLAR | * | (Mail Fraud, 18 U.S.C. § 1341) |
| Defendant | * | |

\*\*\*\*\*\*\*

## INDICTMENT

## COUNTS 1-10

The Grand Jury for the District of Maryland charges:

At all times relevant to this Indictment:

1. Defendant **WILLIAM G. HILLAR**, resided in Anne Arundel County, Maryland.

### The Scheme to Defraud

2. From in and around **1998** and continuing until in or around January 25, 2011, in the District of Maryland and elsewhere, the defendant,

### WILLIAM G. HILLAR

knowingly and willfully devised and intended to devise a scheme and artifice to defraud the Monterey Institute of International Studies, the University of Oregon, the Federal Executive Board of Los Angeles, and others to obtain money and property by means of materially false and fraudulent pretenses, representations and promises ("the scheme to defraud").

**Object of the Scheme to Defraud**

3. It was the object of the scheme to defraud that defendant WILLIAM G. HILLAR falsely represented his professional and educational credentials to public and private organizations including universities, government agencies, law enforcement organizations and others in order to obtain payment for leading workshops, teaching courses and giving speeches.

**Manner and Means**

4. HILLAR has been teaching, leading workshops, giving speeches, and conducting training for public and private sector clients for at least the past twelve (12) years under fraudulent pretenses.

5. HILLAR conducts these activities through a business named "Bill Hillar Training." Bill Hillar Training is also the registrant for <billhillartraining.com>.

6. HILLAR has advertised himself as a speaker and trainer through various media including the world wide web. The website <billhillartraining.com> provided the following false biographical statement for HILLAR, "William G. Hillar is a retired Colonel of the U.S. Army Special Forces. He has served in Asia, the Middle East, and Central and South America, where his diverse training and experiences included tactical counter-terrorism, explosive ordnance, emergency medicine and psychological warfare." Further, a resume provided by HILLAR to at least one of his clients falsely states that HILLAR received a Ph.D. from the University of Oregon.

7. From on or around 1998 to 2010, the following organizations, among others, paid HILLAR at least $147,491.96 for teaching, leading workshops and speaking:

| ORGANIZATION | DATE | AMOUNT |
| --- | --- | --- |
| University of Oregon | 2002-2010 | $33,025.00 |
| Monterey Institute of International Studies | 2005-2010 | $32,500.00 |
| Federal Executive Board of Los Angeles | 2000-2010 | $27,140.00 |
| Utah Valley State College | 2007-2008 | $8,430.00 |
| State Training and Audit Resource Seminar (STARS) 2007 conference | 12/11/2007 | $4,000.00 |
| College of Southern Maryland | 2005 | $3,072.75 |
| Salt Lake City Corporation | 9/9/2010 | $2,583.00 |
| National Law Enforcement Telecommunications Systems (NLETS) 2008 Conference | 5/30/2008 | $2,500.00 |
| Murray City Corporation | 10/29/2009 | $2,400.00 |
| California Fire Chiefs Association | 10/4/2007 | $1,980.81 |
| City of Lander, WY | 8/25/2010 | $1,800.00 |
| City of Redmond | 6/10/2010 | $1,609.00 |
| Federal Bureau of Investigation (FBI) Command College | 5/28/2010 | $1,449.40 |
| FBI Salt Lake City Division | 4/21/1998 | $1,010.00 |
| FBI Chicago Division | 6/4/2002 | $1,000.00 |
| Freemont County Community College | 9/23/2010 | $1,000.00 |
| Illinois State Police | 3/10/2002 | $850.00 |
| Southwestern Oregon Fire Instructors Association | 5/12/2008 | $2,241.00 |
| Georgia Terminal Agency Coordinators (TAC) Conference | 10/3/2008 | $1,240.50 |
| U.S. Army (APG) | 3/5/2007 | $3,625.00 |
| Drug Enforcement Agency (DEA) | 10/9/2009 | $2,400.00 |
| Montana Sheriff and Peace Officers Association | 6/11/2003 | $9,500.00 |
| U.S. Department of Interior, Bureau of Indian Affairs | 3/11/2010 | $2,135.50 |
| TOTAL | | $147,491.96 |

8.  During his tenure at the Monterey Institute, HILLAR has taught a total of twelve (12) courses/workshops. The Monterey Institute hired HILLAR based upon his experience and credentials including, but not limited to, his experience in the U.S. Army Special Forces, and his educational background including a Ph.D.

### The Charge

25.  On or about the dates shown below, in the District of Maryland, the defendant,

**WILLIAM G. HILLAR**

for the purpose of executing and attempting to execute the scheme to defraud, did knowingly cause to be delivered by mail to according to the direction thereon, mail matter as shown below:

| COUNT | DATE | FROM | TO | CONTENTS |
|---|---|---|---|---|
| 1 | 2/28/06 | Monterey Institute of International Studies, Monterey, CA | William G. Hillar, 472 Old Orchard Circle, Millersville MD 21108 | First National Bank check #131581 in the amount of $2,500.00 |
| 2 | 5/03/06 | Monterey Institute of International Studies, Monterey, CA | William G. Hillar, 472 Old Orchard Circle, Millersville MD 21108 | First National Bank check #134990 in the amount of $2,500.00 |
| 3 | 10/11/06 | Monterey Institute of International Studies, Monterey, CA | William G. Hillar, 472 Old Orchard Circle, Millersville MD 21108 | First National Bank check #137622 in the amount of $2,500.00 |
| 4 | 5/23/07 | Monterey Institute of International Studies, Monterey, CA | William G. Hillar, 472 Old Orchard Circle, Millersville MD 21108 | First National Bank check #10000355 in the amount of $2,500.00 |
| 5 | 10/03/07 | Monterey Institute of International Studies, Monterey, CA | William G. Hillar, 472 Old Orchard Circle, Millersville MD 21108 | First National Bank check #10002636 in the amount of $2,500.00 |
| 6 | 3/05/08 | Monterey Institute of International Studies, Monterey, CA | William G. Hillar, 472 Old Orchard Circle, Millersville MD 21108 | First National Bank check #10005164 in the amount of $2,500.00 |
| 7 | 10/08/08 | Monterey Institute of International Studies, Monterey, CA | William G. Hillar, 472 Old Orchard Circle, Millersville MD 21108 | First National Bank check #10008423 in the amount of $3,000.00 |
| 8 | 3/11/09 | Monterey Institute of International Studies, Monterey, CA | William G. Hillar, 472 Old Orchard Circle, Millersville MD 21108 | First National Bank check #10010791 in the amount of $3,000.00 |
| 9 | 07/07/10 | Monterey Institute of International Studies, Monterey, CA | William G. Hillar, 472 Old Orchard Circle, Millersville MD 21108 | Wells Fargo check #10017082 in the amount of $2,145.00 |
| 10 | 11/3/10 | Monterey Institute of International Studies, Monterey, CA | William G. Hillar, 472 Old Orchard Circle, Millersville MD 21108 | Wells Fargo check #10017082 in the amount of $2,040.00 |

18 U.S.C. § 1341

## FORFEITURE ALLEGATIONS

As a result of the offense set forth in Counts 1-10, the defendant,

## WILLIAM G. HILLAR

shall forfeit to the United States all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of that offense, and all property traceable to such property, including but not limited to **$147,491.96** and all interest and proceeds traceable thereto. 18 U.S.C. section 982(a)(2)and (4).

## SUBSTITUTE ASSETS

If any of the **$147,491.96** described above as being subject to forfeiture, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code Section 853(p) to seek forfeiture of any other property of the defendant up to the value of the property charged with forfeiture above, including but not limited to the following:

•    The funds and property held by LPL Financial, Investment Account #6899-6851, Primary account holder, William G. Hillar, 472 Old Orchard Circle, Millersville, MD 21108.

Rod J. Rosenstein /xJW
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

A TRUE BILL:

2/1/11

DATE

**SIGNATURE REDACTED**

FOREPERSON